**MOTOR FUELS TRANSPORT, INC., CONTINENTAL CASUALTY COMPANY, FLORIDA INDUSTRIAL COMMISSION v. MRS. M. H. JENKINS.**
20 So. (2nd 695)                                     January Term, 1945
January 30, 1945                                     Special Division B

*Ausley, Collins & Truett,* for appellants.

*Clyde W. Gregory* and *J. Lewis Hall,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BUFORD, THOMAS and SEBRING, JJ., concur.